■ In the Matter of the Accounting of CHESTER A. LYONS, as Administrator of the Estate of GEORGIANA WILTSHIRE, Deceased. THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants; LLOYD R. LE FEVER, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See 4 A D 2d 981.]

■ MARY A. PELKEY, Respondent, v. THERESA T. TERRANCE, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p 718.]

■ In the Matter of PLUMBING, HEATING, PIPING AND AIR CONDITIONING CONTRACTORS ASSOCIATION, INC., Appellant, et al., Intervenor-Petitioner, against NEW YORK STATE THRUWAY AUTHORITY et al., Respondents, and ROCKLYN CONSTRUCTION CORP., Intervenor-Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See 4 A D 2d 541.]

■ JOSEPHINE PULLANO, Respondent, v. KEARING DISTRIBUTING, INC., et al., Appellants.— Motion for reargument denied, with $10 costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 719.]

■ KENNETH RAUCH, Appellant, v. RONALD G. JONES, Defendant, and ALEXANDER J. SMITH, Respondent.— Motion for permission to appeal to the Court of Appeals granted, and the first question stated in the moving papers is certified. Foster, P. J., Bergan, Coon and Gibson, JJ. concur. [See 4 A D 2d 572.]

■ In the Matter of WALTER D. TEAGUE, Petitioner, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See 4 A D 2d 984.]

■ In the Matter of the Claim by JOHN D. MCLEAN, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for reargument denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See 4 A D 2d 917.]

■ In the Matter of the Claim of JACK WOLFF, Appellant, against S. JAROLOMON & COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals upon a certified question, denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See 4 A D 2d 923.]

■ In the Matter of the Probate of the Will of CHARLES G. SNIPER, Deceased. ELIZABETH SNIPER, Appellant; MARGERY VLIET et al., Respondents. — Motion for reargument and for a supplemental decision and other relief specified in the motion papers, or in the alternative, for permission to appeal to the Court of Appeals denied, with $10 costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 736.]

■ In the Matter of WILLIAM PEARL, Appellant, against NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 739.]

■ In the Matter of the Claim of MARGARET O'CONNOR, Appellant, against COMPLETE MACHINERY & EQUIPMENT COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur. [See ante, p. 741.]